1  **Jesse I. Santana (State Bar No. 132803)**
   **Santana and Smith Law Firm, P.C.**
2  The Historic Winship Building
3  500 Second Street
   Yuba City, CA 95991
4  TEL: (530) 822-9500
   FAX: (530) 751-7910
5
6  Attorney for Defendant
   Agustin Guarneros-Licona
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No.  2:17-CR-00181-KJM

12          Plaintiff,                     **DEFENDANT AGUSTIN GUARNEROS-**
                                           **LICONA'S REQUEST TO PROCEED**
13      v.                                 **WITH JUDGMENT AND SENTENCING**
                                           **HEARING VIA VIDEOCONFERENCE OR**
14  AGUSTIN GUARNEROS-LICONA,              **OTHER MEANS, WAIVER OF HIS**
                                           **PERSONAL APPEARANCE, AND**
15          Defendant.                     **CONSENT FOR MR. GUARNEROS-**
                                           **LICONA'S ATTORNEY TO SIGN HIS**
16                                         **NAME ELECTRONICALLY, AND TO**
                                           **SIGN MR. GUARNEROS-LICONA'S**
17                                         **CONSENT OR WAIVER ON HIS**
                                           **BEHALF; AND PROPOSED ORDER**
18

19                                         Judge:  Honorable Kimberly J. Mueller

20

21

22          Pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, H.R. 748

23  (March 27, 2020), and the Court's General Orders 611-616, defendant Agustin Guarneros-Licona

24  hereby requests that the Court proceeds with the September 21, 2020 judgment and sentencing

25  hearing, and permits him to appear by videoconference or appear telephonically if VTC is not

26  reasonably available.  In General Order 614, the Court found that such hearings generally cannot

27  be conducted in person in this district without seriously jeopardizing public health and safety.

28  Due to the coronavirus pandemic and other considerations as set forth in General Orders 614 and

                                           1

1    616, the Court authorized the use of videoconferencing or other means to conduct proceedings

2    remotely with defense counsel and defendants sometimes in separate locations.

3            In General Order 616, the Court found that, due to the public health situation relating to

4    COVID-19, it may be impracticable, if not impossible, to obtain defendants' actual signatures on

5    documents for consent or waiver of certain rights in a timely and safe manner as required by some

6    Federal Rules of Criminal Procedure.  As a result, the Court found that any document may be

7    signed electronically using the format "/s/ name," where a defendant's signature is called for,

8    defense counsel may sign electronically on the defendant's behalf using the format "/s/ name"

9    and file the signed document electronically after defendant has an opportunity to consult with

10   counsel, and consents to counsel's signing on defendant's behalf, and where consent or waiver is

11   not explicitly required to be in writing, such consent or waiver may be obtained in whatever form

12   is most practicable under the circumstances, so long as the defendant's consent or waiver is

13   clearly reflected on the record.

14           Mr. Guarneros-Licona has told counsel that he consents to the September 21, 2020

15   judgment and sentencing hearing via the videoconference/teleconference procedure set forth in

16   the CARES Act and adopted by the Court in General Order 614.  That consent need not be in

17   writing.  (Gen. Order 614, p. 2.)  To the extent that Mr. Guarneros-Licona has a right to have the

18   Judge be personally present in Court at the time of the judgment and sentencing hearing, he

19   waives that right, whether it arises under the Federal Rules of Criminal Procedure, the United

20   States Code, the U.S. Constitution, or any other law.  He further waives any claim of error, on any

21   basis, that these hearings should not have been held without the Judge or parties being physically

22   present in Court.

23           Mr. Guarneros-Licona has also told counsel that he consents to his counsel signing

24   electronically on Mr. Guarneros-Licona's behalf, and that where Mr. Guarneros-Licona's consent

25   or waiver is not explicitly required to be in writing, such consent or waiver may be obtained in

26   whatever form is most practicable under the circumstances as set forth in General Order 616.

27           I hereby concur in Mr. Guarneros-Licona's request to proceed with the September 21,

28   2020 judgment and sentencing hearing via videoconference or other means, waiver of his

1   personal appearance, and consent for his attorney to sign Mr. Guarneros-Licona's name

2   electronically and to sign Mr. Guarneros-Licona's consent or waiver on his behalf.

3                                   Respectfully Submitted,

4

5   Date: September 14, 2020.         /s/ Jesse I. Santana
                                     JESSE I. SANTANA
6
                                     Attorney for Defendant
7                                    Agustin Guarneros-Licona

8

9           I agree to the above.  I also hereby request that the Court proceeds with the September 21,

10  2020 judgment and sentencing hearing via videoconference or other means, I waive my personal

11  appearance at the September 21, 2020 judgment and sentencing hearing, and I consent to my

12  attorney signing my name electronically for my consent or waiver.

13                                  Respectfully Submitted,

14

15  Date: September 14, 2020.         /s/ Agustin Guarneros-Licona
                                     DEFENDANT AGUSTIN GUARNEROS-LICONA
16

17

18

19

20

21

22

23

24

25

26

27

28

## FINDINGS AND ORDER

For good cause shown, the Court hereby specifically finds that:

a)  The September 21, 2020 judgment and sentencing hearing cannot be further delayed without serious harm to the interest of justice;

b)  Defendant Agustin Guarneros-Licona consents for his attorney to sign Mr. Guarneros-Licona's name electronically and to sign Mr. Guarneros-Licona's consent or waiver on his behalf; and

c)  Defendant Agustin Guarneros-Licona has waived his physical appearance at the September 21, 2020 judgment and sentencing hearing and consents to remote hearing by Videoconference.

Therefore, based on the findings above, and under the Court's authority under Section 15002(b) of the CARES Act and General Order 614, the September 21, 2020 judgment and sentencing hearing will be conducted by Videoconference.

Dated: September 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE