HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant-Movant
AGUSTIN GUARNEROS LICANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-00181-KJM-2 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | REQUEST FOR EXTENSION OF TIME |
| | ) | AND ORDER REGARDING |
| AGUSTIN GUARNEROS LICANO, | ) | SUPPLEMENTAL BRIEFING |
| | ) | |
| Defendant. | ) | |

Defendant Agustin Guarneros Licano, by and through his counsel, Ann C. McClintock, Assistant Federal Defender, requests a 45-day extension of time to file either a supplemental brief or notice that no such brief will be filed. This additional time is needed to give Mr. Licano sufficient time communicate with appointed counsel. Counsel needs this time to obtain and review needed records. Defendant's Supplemental Brief in support of his Motions for Reduction in Sentence, docket entry nos. 73 & 74, will be filed by August 25, 2022. The government's Response would then be filed by September 1, 2022. Defendant's Reply would be filed by September 8, 2022.

///

This request is made because the packet of information and release forms counsel had sent to Mr. Licona on May 27, 2022, was never received by him. Counsel did not learn this until July 5, 2022, when this Court filed Mr. Licona's June 29, 2022, letter inquiring why he had not heard from any appointed attorney after this Court appointed counsel on May 26, 2022. Docket entry no. 78, citing Docket entry no. 75. A new packet of materials was sent to Mr. Licona on July 6, 2022.

The government, through its counsel Assistant United States Attorney Justin Lee, has no opposition to this request.

DATED: July 8, 2022                     Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Ann C. M<sup>c</sup>Clintock
                                        ANN C. M<sup>c</sup>CLINTOCK
                                        Assistant Federal Defender

                                        Attorney for Defendant
                                        AGUSTIN GUARNEROS LICONA

O R D E R

The Court, having received, read, and considered the defendant's request, and good cause appearing therefrom, grants the request in its entirety as its order.

DATED: July 12, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE