UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>     v.<br><br>Agustin Guarneros Licona,<br><br>               Defendant. | No. 2:17-cr-00181-KJM-2<br><br>ORDER |

       Defendant Agustin Guarneros Licona moves for compassionate release. ECF Nos. 73, 74, & 82. His supplemental brief focuses on his need for surgery to treat bilateral pterygia. Supp. Br. at 2, ECF No. 82. The United States' opposition claims Mr. Licona will receive the necessary surgery and includes a date for surgery. Opp'n at 4, ECF No. 84. In reply, Mr. Licona's counsel raises the issue that the United States' disclosure of the surgery date might prevent Mr. Licona from receiving the surgery on that date. Reply at 4, ECF No. 85.

       Because this motion turns on Mr. Licona's need for a timely surgery, the United States is **directed to file a sur-reply within seven days** confirming whether he will receive the surgery on the scheduled date.[1]

---

[1] The court also **grants** Mr. Licona's request to file his medical records under seal to protect his private medical information. ECF No. 83; *see Chester v. King*, No. 1:16-01257, 2019 WL 5420213, at *2 (E.D. Cal. Sep. 10, 2019) ("This court, and others within the Ninth Circuit,

1    IT IS SO ORDERED.

2    DATED: September 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

have recognized that the need to protect medical privacy qualifies as a 'compelling reason' for sealing records.").