UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:17-cr-00181-KJM-2 |
| Plaintiff, | ORDER |
| v. | |
| Agustin Guarneros Licona, | |
| Defendant. | |

In light of the United States' report that Mr. Licona will receive his surgery in November, *see* Status Rep., ECF No. 89, the **motions for sentence reduction remain stayed**. However, the stay will likely not be extended further. The court cautions the United States that if the surgery is postponed again, then the court is inclined to grant Mr. Licona's motions.

The United States is **directed to notify the court immediately if there is any change** to the scheduled surgery date. If there is no change to the date, then immediately following completion, the United States **shall file a notice of completion of the surgery**.

IT IS SO ORDERED.

DATED: October 18, 2022

CHIEF UNITED STATES DISTRICT JUDGE

1