1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     United States of America,                    No. 2:17-cr-00181-KJM-2

12                          Plaintiff,               ORDER

13           v.

14     Agustin Guarneros Licona,

15                          Defendant.

16

17          Defendant Agustin Guarneros Licona moves for compassionate release.  ECF Nos. 73, 74.

18    In his supplemental brief, Mr. Licona argued he needed, but had not received, surgery to treat

19    bilateral pterygia—an abnormal growth on the surface of his eyes.  Suppl. Br. at 2, ECF No. 82.

20    Over the past year, the court has stayed Mr. Licona's motions repeatedly in light of the

21    government's representations that surgery was forthcoming.  *See, e.g.*, Sur-reply, ECF No. 87

22    (confirming surgery had been approved for defendant); Min. Order (Sept. 26, 2022), ECF No. 88

23    (staying the motions).

24          In November 2022, the United States notified the court that the surgery had been

25    performed.  Notice, ECF No. 91.  In response, Mr. Licona explained he had only received surgery

26    on his right eye, not his left eye, and had not received the prescribed eye drops; his counsel noted

27    he expected to receive a more detailed report soon.  Reply to Notice, ECF No. 92.  The court thus

28    directed the parties to submit further status reports.  Min. Order (Dec. 19, 2022), ECF No. 93.

1

1   Mr. Licona then notified the court he had conferred with his doctor about surgery on his left eye

2   and received preoperative medicine for that eye, *see* Status Report, ECF No. 94, so the court

3   again ordered further status reports on Mr. Licona's medical situation, Min. Order (Jan. 19,

4   2023), ECF No. 95.  After a series of status reports, *see* ECF Nos. 96, 97, 99, Mr. Licona notified

5   the court he had received surgery on his left eye on May 23, 2023 and expected to return to the

6   surgeon for a further evaluation in the coming week, *see* Further Status Report, ECF No. 101.  In

7   the past month, the court has not received any further updates on Mr. Licona's medical situation.

8        Because Mr. Licona has now received surgery for the medical condition that provided the

9   basis for his motion for compassionate relief, *see generally* Suppl. Br., the court **orders Mr.**

10  **Licona to show cause within fourteen days why his motions should not be denied as moot**.

11       IT IS SO ORDERED.

12   DATED:  June 26, 2023.

13                                                          _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE