UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Agustin Guarneros Licona,<br><br>                Defendant. | No. 2:17-cr-00181-KJM-2<br><br>ORDER |

Defendant Agustin Guarneros Licona previously moved for compassionate release. ECF Nos. 73, 74. In his supplemental brief, Mr. Licona argued he needed, but had not received, surgery to treat bilateral pterygia—an abnormal growth on the surface of his eyes. Suppl. Br. at 2, ECF No. 82. Mr. Licona has now received the necessary surgery. *See* Status Report, ECF No. 94; Further Status Report, ECF No. 101. The court thus ordered Mr. Licona to show cause why his motions should not be denied as moot. Prior Order, ECF No. 102. In response, Mr. Licona stated he has no information to "suggest there remains an on-going factual basis for his motion for a reduction in his sentence." Def.'s Resp. at 1, ECF No. 103. In light of Mr. Licona's response, the court **denies as moot** his motions for compassionate release.

This order resolves ECF Nos. 73, 74.

IT IS SO ORDERED.

DATED: July 12, 2023.

                                                    CHIEF UNITED STATES DISTRICT JUDGE